NO. 28617

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee

vs.

LILLIAN M. HUSSEIN, Petitioner/Defendant-Appellant

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NOS. 06-1-0696, 06-1-2157, 06-1-2158, 06-1-2159,
06-1-2160, 06-1-2161, 06-1-2162, 06-1-2163, & 06-1-2164)

ORDER OF CORRECTION TO THE OPINION BY MOON, C.J.,
CONCURRING IN PART AND DISSENTING IN PART,
IN WHICH NAKAYAMA, J., JOINS, FILED APRIL 21, 2010
(By:  Moon, C.J.)

IT IS HEREBY ORDERED that the "Opinion by Moon, C.J.,

Concurring in Part and Dissenting in Part, in which Nakayama, J.,

Joins," filed April 21, 2010, is corrected as follows (deleted

text is stricken; new language is double underscored):

1.  Page 11, first line:  "Instead, the ~~dissent~~

majority includes a lengthy discussion that . . . ."; and

2.  Page 12, 15th line:  "clear, what makes the

majority's discussion dicta is that ~~the~~ its . . . ."

The Clerk of the Court is directed to incorporate the

foregoing changes in the original opinion and take all necessary

steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, April 28, 2010.

Chief Justice